**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
JAZMINE I. ROBERTS,

                                  Plaintiff,

              -against-                                  24 **CIVIL** 1317 (LTS)

                                                           **<u>JUDGMENT</u>**

NARAYAN PHARMACY,

                                Defendant.
---------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 29, 2024, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

      May 1, 2024

                                           **RUBY J. KRAJICK**

                                    _____

                                       **Clerk of Court**

                        **BY:**       K. mango

                                      _____

                                       **Deputy Clerk**